# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Jurgita Paulauskas fka Jurgita Sriubenaite;   Case Number: 18-08572

An appearance is hereby filed by the undersigned as attorney for:
**Specialized Loan Servicing LLC**

Attorney name (type or print): Nisha B. Parikh

Firm: Anselmo Lindberg & Associates LLC

Street address: 1771 W. Diehl Road, Suite 120 | Naperville, IL 60563

Bar ID Number: 6298613    Telephone Number: **(630) 453-6960**
(See item 3 in instructions)

Email Address: bankruptcy@AnselmoLindberg.com

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes ☑ No |
| Are you a member of the court's trial bar? | ☐ Yes ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes ☑ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14.
I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. § 1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on: 05/24/2018

Attorney signature: /S/Nisha B. Parikh
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>May 24, 2018</u> a true and correct copy of the foregoing NOTICE OF ATTORNEY APPEARANCE was served:

Via the Court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Alexey Y. Kaplan, Debtor's Counsel

    Ilene F Goldstein, Esq, Trustee

    Patrick S Layng, United States Trustee

And by regular US Mail, postage pre-paid on:

    Jurgita Paulauskas fka Jurgita Sriubenaite, 20877 Birch Lane, Deerfield, IL 60015

    /s/Heather Bialobok
ANSELMO LINDBERG & ASSOCIATES LLC
1771 W. Diehl Road, Suite 120
Naperville, IL 60563
(630) 453-6960 | (866) 402-8661 | (630) 428-4620 (fax)
B18050055